**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated, | : : : : | Civil Action No. 1:23-cv-02536(KMW)(EAP) |
| *Plaintiffs,* | : : | **NOTICE OF APPEARANCE** |
| v. | : : | |
| CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC, | : : : : : : : : : : : : : : : : : | |
| *Defendants.* | : | |

 **PLEASE TAKE NOTICE** that Joseph J. DePalma of Lite DePalma Greenberg &

Afanador, LLC hereby enters his appearance as attorney for Plaintiffs and the Proposed Class in the above-captioned action and requests that all papers be served upon the undersigned.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: May 12, 2023

 */s/ Joseph J. DePalma*
Joseph J. DePalma
570 Broad St., Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
jdepalma@litedepalma.com

*Attorney for Plaintiff and the Proposed Class*