Harry H. Rimm
Womble Bond Dickinson (US) LLP
950 Third Avenue, Suite 2400
New York, New York 10022
Telephone: (332) 258-8480
Facsimile: (332) 258-8949
Harry.Rimm@wbd-us.com

*Attorneys for Defendants MGM Resorts International and Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa*

**UNITED STATES COURT DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>*Defendants*. | 23 Civ. 2536 (KMW) (EAP)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Harry H. Rimm of Womble Bond Dickinson (US) LLP hereby enters his appearance as attorney for Defendants MGM Resorts International and Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa in the above-captioned action and requests that all papers be served upon the undersigned.

                                            **WOMBLE BOND DICKINSON (US) LLP**

Date:  May 30, 2023          */s/ Harry H. Rimm*
                                            Harry H. Rimm
                                            950 Third Avenue, Suite 2400
                                            New York, New York 10022
                                            Telephone: (332) 258-8480
                                            Facsimile: (332-258-8949
                                            Harry.Rimm@wbd-us.com

                                            *Attorney for Defendants MGM Resorts International and Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa*