womblebonddickinson.com



Womble Bond Dickinson (US) LLP

950 Third Avenue
Suite 2400
New York, NY 10022

t:  332.258.8400
f:  332.258.8949

Harry H. Rimm
Partner
Direct Dial: 332-258-8480
E-mail: Harry.Rimm@wbd-us.com

May 31, 2023

**VIA ECF**

Honorable Elizabeth A. Pascal
United States Magistrate Judge
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:  _Altman, et al. vs. Caesars Entertainment Inc., et al._, 23 Civ. 2536 (KMW)(EAP)

Dear Judge Pascal:

We are counsel for Defendants MGM Resorts International and Marina District Development Company, LLC d/b/a Borgata Hotel Casino & Spa in the above matter.

Enclosed for the Courts' review and signature please find a Stipulation and Proposed Order extending Defendants' time to answer, move or otherwise respond to the complaint in this matter, along with a proposed briefing schedule.  I understand that plaintiffs' counsel and counsel for the Caesars Defendants, the MGM Defendants and Cendyn consent to the requested relief and that the Hard Rock Defendants have indicated their assent to the requested approach, but have not yet retained outside counsel.

Thank you for the Court's consideration.

Respectfully yours,

**Womble Bond Dickinson (US) LLC**

Harry H. Rimm

Enclosure
cc:  Counsel of Record  (Via ECF and Email)

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.