Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Counsel for Defendant Cendyn Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC, <br><br> *Defendants*. | Case No. 1:23-cv-02536-KMW-EAP <br><br> Hon. Karen M. Williams <br> Magistrate Judge Elizabeth A. Pascal <br><br> **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cendyn Group, LLC, through its counsel, hereby submits the following corporate disclosure statement:

Cendyn Group, LLC is 100% owned by Cendyn Parent, Inc.  Cendyn Parent,

Inc. is 100% owned by Cendyn Group Holdings LLC, a portfolio company

of Accel-KKR.  None of these entities are traded publicly.

Dated: June 1, 2023                           Respectfully submitted,

                                              _s/ Gregory Mortenson_____
                                              Gregory Mortenson
                                              LATHAM & WATKINS LLP
                                              1271 Avenue of the Americas
                                              New York, NY 10020
                                              Tel.: (212) 906-1200
                                              Email: gregory.mortenson@lw.com

                                              *Counsel for Defendant Cendyn Group, LLC*

Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Counsel for Defendant Cendyn Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC, <br><br> *Defendants*. | Case No. 1:23-cv-02536-KMW-EAP <br><br> Hon. Karen M. Williams <br> Magistrate Judge Elizabeth A. Pascal <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 1, 2023, I electronically filed the foregoing Notice of Appearance by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Respectfully submitted,

*s/ Gregory Mortenson*
Gregory Mortenson