Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Counsel for Defendant Cendyn Group, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**CERTIFICATION OF GREGORY MORTENSON IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, GREGORY MORTENSON, hereby certify pursuant to 28 U.S.C. § 1746 that:

1. I am a member in good standing of the bar of this Court and the bar of the State of New Jersey and am an associate of the law firm of Latham & Watkins LLP, attorneys for

Defendant Cendyn Group, LLC ("Defendant") in the above-captioned matter. I am fully familiar with the matters set forth herein.

2. I make this Certification in support of Defendant's application pursuant to Local Civil Rule 101.1 to admit Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown *pro hac vice* for purposes of their appearances and participation in the above-captioned matter.

3. I have reviewed the Certifications of Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown in support of the motion, and I believe them to be true and correct. Mr. Huseny, Mr. Buterman, Mr. McShane, Ms. Rathbun, and Mr. Brown are fully familiar with the facts of this case.

4. Pursuant to Local Civil Rule 101.1, I understand that only myself or another attorney with Latham & Watkins LLP who is a member in good standing of the bar of this Court may make appearances before this Court and sign all pleadings and submissions.

5. I understand that I will be responsible for the conduct of Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown in this action, and will ensure that they comply with Local Civil Rule 101.1(c).

6. Upon the foregoing facts, I respectfully request that this Court grant the motion for admission *pro hac vice* of Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown to the bar of this Court.

7. I certify under penalty of perjury that the foregoing statements are true and correct. Executed this 1st day of June 2023 in New York, New York.

                                              *s/ Gregory Mortenson*
                                              Gregory Mortenson