**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*** |

This matter having come before the Court on the application of Latham & Watkins LLP, attorneys for Defendant Cendyn Group, LLC ("Defendant") for the *pro hac vice* admission of Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown pursuant to Local Civil Rule 101.1; and the Court having considered the Certifications in support of the application, which reflects that Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown satisfy the requirements set forth in Local Civil Rule 101.1(c)(1); and for good cause shown:

IT IS on this _____ day of _____, 2023 ORDERED that

1. Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown are hereby granted admission *pro hac vice* to speak for and participate on behalf of the Defendant in this matter in the same manner as attorneys authorized to practice law in this State;

2. Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown shall notify the court immediately of any matter affecting their standing at the bar of any court;

3. Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown shall, for the duration of the time that they serve as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey State Court Rule 1:28-2(a);

4. Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown shall comply with the provisions of Local Civil Rule 101(c)(3) and submit payment of $150.00 to the Clerk of the Court for the District of New Jersey;

5. Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Contingency Fee Rule 1:21-7, as amended; and

6. Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown shall have all pleadings, briefs, and other papers submitted to the Court in this matter filed by Gregory Mortenson or another attorney of Latham & Watkins LLP who is admitted to practice before this Court pursuant to Local Civil Rule 101.1(c)(4).

_____
Hon. Karen M. Williams
United States District Judge