Harry H. Rimm
Womble Bond Dickinson (US) LLP
950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for Defendants*
*MGM Resorts International and*
*Marina District Development Company LLC*
*d/b/a Borgata Hotel Casino & Spa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>　　　　　　　*Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>　　　　　　　*Defendants*. | 23 Civ. 2536 (KMW)(EAP)<br><br>**NOTICE OF DEFENDANT MGM'S UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF BETHANY W. KRISTOVICH, KYLE W. MACH, JUSTIN P. RAPHAEL, JULIANA M. YEE AND STEPHANY REAVES** |

PLEASE TAKE NOTICE that on a date and time determined by the Court, Defendants MGM Resorts International and Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa ("MGM"), through their attorneys, Womble Bond Dickinson (US) LLP (Harry H. Rimm, Esq., appearing) will move before the Honorable Elizabeth A. Pascal, U.S.M.J., United States District Court for the District of New Jersey, Mitchell H. Cohen United States Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for entry of an Order, pursuant to Local Civil Rule 101.1(c), allowing Bethany W. Kristovich, Esq., Kyle W. Mach, Esq., Justin P. Raphael, Esq., Juliana M. Yee, Esq. and Stephany Reaves, Esq. of Munger, Tolles & Olson LLP to appear and participate *pro hac vice* on behalf of MGM.

PLEASE TAKE FURTHER NOTICE that, in support of this Motion, MGM will rely upon the Certifications of Harry H. Rimm, Esq., Bethany W. Kristovich, Esq., Kyle W. Mach, Esq., Justin P. Raphael, Esq., Juliana M. Yee, Esq. and Stephany Reaves, Esq., which are submitted herewith. A proposed form of Order also is submitted herewith.

Dated: June 6, 2023                             Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

 /s/ *Harry H. Rimm*
Harry H. Rimm

950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for MGM Resorts International and Marina District Development Company LLC, d/b/a Borgata Hotel Casino & Spa*