Harry H. Rimm
Womble Bond Dickinson (US) LLP
WOMBLE BOND DICKINSON
950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for Defendants*
*MGM Resorts International and*
*Marina District Development Company LLC*
*d/b/a Borgata Hotel Casino & Spa*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>                   *Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>                   *Defendants*. | 23 Civ. 2536 (KMW)(EAP)<br><br>**CERTIFICATION OF HARRY H. RIMM IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF BETHANY W. KRISTOVICH, KYLE W. MACH, JUSTIN P. RAPHAEL, JULIANA M. YEE AND STEPHANY REAVES** |

Harry H. Rimm, of full age, certifies and states:

1. I am an attorney at law in the State of New Jersey, a member in good standing of the Bar of this Court and a partner of Womble Bond Dickinson (US) LLP, attorneys for Defendants MGM Resorts International and Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa ("MGM").

2. I submit this Certification in support of the unopposed Motion of Bethany W. Kristovich, Esq., Kyle W. Mach, Esq., Justin P. RapCertifichael, Esq., Juliana M. Yee, Esq. and

Stephany Reaves, Esq. for admission *pro hac vice* to serve as co-counsel for MGM pursuant to Local Civil Rule 101.1(c).

3. My firm and I have agreed to serve as counsel of record and make all appearances in this matter on behalf of MGM; to be held responsible for Attorneys Kristovich, Mach, Raphael, Yee and Reaves (the "Attorneys"); and to ensure that they comply with Local Civil Rule 101.1(c) in all respects. My firm and I will receive and promptly notify the Attorneys of all orders, pleadings, notices, and other filings served upon this office in connection with this case. All pleadings, briefs, stipulations, and other papers filed with the Court on MGM's behalf will be signed by me.

4. Upon admission of the Attorneys, my firm and I will ensure that they comply with the annual payment requirement of New Jersey Court Rule 1:28-2 with respect to the New Jersey Lawyers' Fund for Client Protection. My firm and I also will ensure that each of the Attorneys makes a payment of $150 payable to the Clerk, United States District Court.

5. For the reasons set forth above and in the Certifications of Attorneys Kristovich, Mach, Raphael, Yee and Reaves, I respectfully submit that they have satisfied the requirement of Local Civil Rule 101.1(c) and that the Court should grant their requests to be admitted *pro hac vice* in this matter.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: June 6, 2023

                                                      /s/ *Harry H. Rimm*
                                                      Harry H. Rimm