Harry H. Rimm
Womble Bond Dickinson (US) LLP
950 Third Avenue, Suite 2400
New York, NY 10022
(332)258-8480
Harry.Rimm@wbd-us.com

*Attorney for Defendants*
*MGM Resorts International and*
*Marina District Development Company LLC*
*d/b/a Borgata Hotel Casino & Spa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>    *Defendants*. | 23 Civ. 2536 (KMW)(EAP)<br><br>**[PROPOSED] ORDER FOR *PRO HAC VICE* ADMISSION OF BETHANY W. KRISTOVICH, KYLE W. MACH, JUSTIN P. RAPHAEL, JULIANA M. YEE AND STEPHANY REAVES** |

  THIS MATTER having been brought before the Court by Harry H. Rimm, Esq., of Womble Bond Dickinson (US) LLP, attorneys for Defendants MGM Resorts International and Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa ("MGM"), on a Motion for an Order, pursuant to Local Civil Rule 101.1(c), allowing Bethany W. Kristovich, Esq., Kyle W. Mach, Esq., Justin P. Raphael, Esq., Juliana M. Yee, Esq. and Stephany Reaves, Esq. of Munger, Tolles & Olson LLP, to appear and participate *pro hac vice*; and the Court having considered the moving papers; and for good cause shown,

  IT IS ON this _____ day of _____, 2023

ORDERED that Bethany W. Kristovich, Esq., a member of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Kyle W. Mach, Esq., a member of the Bar of the State of California, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Justin P. Raphael, Esq., a member of the Bars of the State of California and the State of New York, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Juliana M. Yee, Esq., a member of the Bars of the State of California and the State of Utah, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that Stephany Reaves, Esq., a member of the Bars of the District of Columbia and the State of Virginia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

ORDERED that all pleadings, briefs, and other papers filed with the Court shall be signed by Harry H. Rimm, Esq., of the law firm of Womble Bond Dickinson (US) LLP, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is further

ORDERED that Attorneys Kristovich, Mach, Raphael, Yee and Reaves shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 for each year in which their *pro hac vice* admission remains in effect, with the

first payment to be made within twenty days from the date of the entry of this Order, if not already made for 2023; and it is further

ORDERED that Attorneys Kristovich, Mach, Raphael, Yee and Reaves shall make payment of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3), within twenty days from the date of entry of this Order; and it is further

ORDERED that Attorneys Kristovich, Mach, Raphael, Yee and Reaves shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1 (Judicial Ethics and Professional Responsibility) and Local Civil Rule 104.1 (Discipline of Attorneys); and it is finally

ORDERED that Attorneys Kristovich, Mach, Raphael, Yee and Reaves shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees.

_____
ELIZABETH A. PASCAL, U.S.M.J.