Harry H. Rimm
WOMBLE BOND DICKINSON
950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for Defendants*
*MGM Resorts International and*
*Marina District Development Company LLC*
*d/b/a Borgata Hotel Casino & Spa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>*Defendants*. | 23 Civ. 2536 (KMW) (EAP)<br><br>**CERTIFICATION OF JUSTIN P. RAPHAEL IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

JUSTIN P. RAPHAEL, of full age, certifies and states::

1.   I make this Certification in accordance with Local Civil Rule 101.1(c) in support of the Motion of Defendants MGM Resorts International and Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa ("MGM") for an Order admitting me to appear and participate in this matter *pro hac vice*.

2.   I am a partner with the law firm of Munger, Tolles & Olson LLP, 560 Mission Street, 27th Floor, San Francisco, CA 94105**,** which is counsel for MGM in this matter.

3. I am a member in good standing of the bar of the State of California (Bar No. 292380), to which I was admitted on December 2, 2013. The official or office maintaining the roll of the members of this bar is The State Bar of California, 180 Howard Street, San Francisco, California 94105.

4. I am a member in good standing of the bar of the State of New York (Bar No. 4826111), to which I was admitted on April 12, 2010. The official or office maintaining the roll of the members of this bar is NYSBA, 1 Elk Street, Albany, NY 12207.

5. I was admitted to practice before the United States District Court for the Southern District of New York on June 26, 2012. The person or office maintaining the roll of the members of this bar is Clerk of the Court, U.S. District Court, Southern District of New York, 500 Pearl St, New York, NY 10007.

6. I was admitted to practice before the United States District Court for the Northern District of California on December 19, 2013. The person or office maintaining the roll of the members of this bar is Clerk of the Court, U.S. District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102.

7. I was admitted to practice before the United States District Court for the Southern District of California on November 4, 2016. The person or office maintaining the roll of the members of this bar is Clerk of the Court, U.S. District Court, Southern District of California, 450 333 West Broadway, San Diego, California 92101.

8. I was admitted to practice before the United States District Court for the Central District of California on December 18, 2013. The person or office maintaining the roll of the

members of this bar is Clerk of the Court, U.S. District Court, Central District of California, 255 East Temple Street, Los Angeles, California 90012.

9. I was admitted to practice before the United States District Court for the Eastern District of California on January 27, 2023. The person or office maintaining the roll of the members of this bar is Clerk of the Court, U.S. District Court, Eastern District of California, Room 4-200 on the 4th Floor of the Robert T. Matsui United States Courthouse, 501 "I" Street, Sacramento, 95814.

10. I was admitted to practice before the United States Supreme Court on February 20, 2018. The person or office maintaining the roll of the members of this bar is Clerk of the Court, U.S. Supreme Court, 1 First Street, NE Washington, DC 20543.

11. I was admitted to practice before the United States Court of Appeals for the Second Circuit on December 15, 2014. The person or office maintaining the roll of the members of this bar is Clerk of the Court, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

12. I was admitted to practice before the United States Court of Appeals for the Ninth Circuit on December 9, 2022. The person or office maintaining the roll of the members of this bar is Clerk of the Court, The James R. Browning Courthouse, 95 7th Street, San Francisco, CA 94103

13. No disciplinary proceedings are pending or proposed against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

14. In accordance with Local Civil Rule 101.1(c)(4), Harry H. Rimm, Esq. of the law firm of Womble Bond Dickinson (US) LLP, a member of the Bar of this Court, is the attorney with whom the Court and counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

15. If admitted *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection for any year in which I continue to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2.

16. If admitted *pro hac vice*, I agree to pay $150.00 to the Clerk of the United States District Court, in accordance with Local Civil Rule 101.1(c)(3).

17. If admitted *pro hac vice*, I agree to be bound by and comply with the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 101.(c) (Appearance *Pro Hac Vice*), 103.1 (Judicial Ethics and Professional Responsibility) and Local Civil Rule 104.1 (Discipline of Attorneys). I acknowledge that if I am admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

18. For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice*.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: June 6, 2023

JUSTIN P. RAPHAEL