Harry H. Rimm
WOMBLE BOND DICKINSON
950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for Defendants*
*MGM Resorts International and*
*Marina District Development Company LLC*
*d/b/a Borgata Hotel Casino & Spa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>        *Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>        *Defendants*. | 23 Civ. 2536 (KMW) (EAP)<br><br>**CERTIFICATION OF STEPHANY REAVES IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

STEPHANY REAVES, of full age, certifies and states:

1. I make this Certification in accordance with Local Civil Rule 101.1(c) in support of the Motion of Defendants MGM Resorts International and Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa ("MGM") for an Order admitting me to appear and participate in this matter *pro hac vice*.

2. I am an associate with the law firm of Munger, Tolles & Olson LLP, 601 Massachusetts Avenue NW, Washington, DC 20001**,** which is counsel for MGM in this matter.

3. I am a member in good standing of the bar of the District of Columbia (Bar No. 1034250), to which I was admitted on September 9, 2016. The official or office maintaining the roll of the members of this bar is The District of Columbia Bar, 901 4th Street NW, Washington, DC 20001.

4. I am a member in good standing of the bar of the State of Virginia (Bar No. 89509), to which I was admitted on December 9, 2015. The official or office maintaining the roll of the members of this bar is the Supreme Court of Virginia, Clerk's Office, 100 North 9th Street, 5th Floor, Richmond, VA 23219.

5. I was admitted to practice before the United States District Court for the District of Columbia on August 1, 2022. The person or office maintaining the roll of the members of this bar is the U.S. District Court for the District of Columbia, 333 Constitution Avenue NW, Washington, DC 20001.

6. I was admitted to practice before the United States District Court for the District of Maryland on June 23, 2016. The person or office maintaining the roll of the members of this bar is the U.S. District Court for the District of Maryland, 101 West Lombard Street, Baltimore, MD 21201.

7. I was admitted to practice before the United States Court of Appeals for the Fifth Circuit on May 25, 2022. The person or office maintaining the roll of the members of this bar is the U.S. Court of Appeals for the Fifth Circuit, 600 S. Maestri Place, Suite 115, New Orleans, LA 70130.

8. I was admitted to practice before the United States Court of Appeals for the Fourth Circuit on May 10, 2016. The person or office maintaining the roll of the members of this bar is the Clerk, U.S. Court of Appeals for the Fourth Circuit, 1100 East Main Street, Suite 501, Richmond, VA 23219.

9. No disciplinary proceedings are pending or proposed against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

10. In accordance with Local Civil Rule 101.1(c)(4), Harry H. Rimm, Esq. of the law firm of Womble Bond Dickinson (US) LLP, a member of the Bar of this Court, is the attorney with whom the Court and counsel may readily communicate regarding the conduct of this case and upon whom papers may be served.

11. If admitted *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection for any year in which I continue to represent a client in a matter pending in this Court, in accordance with New Jersey Court Rule 1:28-2.

12. If admitted *pro hac vice*, I agree to pay $150.00 to the Clerk of the United States District Court, in accordance with Local Civil Rule 101.1(c)(3).

13. If admitted *pro hac vice*, I agree to be bound by and comply with the Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 101.(c) (Appearance *Pro Hac Vice*), 103.1 (Judicial Ethics and Professional Responsibility) and Local Civil Rule 104.1 (Discipline of Attorneys). I acknowledge that if I am admitted *pro hac vice*, I will be within the disciplinary jurisdiction of this Court.

14.   For all of these reasons, I respectfully request that this Court issue an Order admitting me to appear *pro hac vice*.

I certify under penalty of perjury, pursuant to 28 U.S.C. § 1746(2), that the foregoing is true and correct.

Dated: June 6, 2023

*Stephany Reaves*
STEPHANY REAVES