Harry H. Rimm
Womble Bond Dickinson (US) LLP
950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for Defendants*
*MGM Resorts International and*
*Marina District Development Company LLC*
*d/b/a Borgata Hotel Casino & Spa*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>*Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>*Defendants*. | 23 Civ 2536 (KMW) (EAP)<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants MGM Resorts International and Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa, through their counsel, hereby submit the following corporate disclosure statement:

Defendant MGM Resorts International declares that it has no parent corporation. IAC Holdings, Inc. owns more than 10% of MGM Resorts International ("MGMRI") stock. No other publicly held corporation owns 10% or more of MGMRI stock.

Defendant Marina District Development Company LLC d/b/a Borgata Hotel Casino & Spa declares that it is a New Jersey limited liability company and that its membership interests are wholly owned by Marina District Development Holding Co., LLC, whose interests are owned

50.51% by MAC, Corp. and 49.49% by MGM Resorts International.  MAC, Corp. is a wholly-owned subsidiary of Mirage Resorts LLC, which is a wholly-owned subsidiary of MGM Resorts International.

There are no other known interested parties other than those participating in this case.

Dated: June 16, 2023  Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

 /s/ *Harry H. Rimm*
Harry H. Rimm
950 Third Avenue, Suite 2400
New York, NY 10022
(332) 258-8480
Harry.Rimm@wbd-us.com

*Attorney for MGM Resorts International and Marina District Development Company LLC, d/b/a Borgata Hotel Casino & Spa*