**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated, | Civil Action No.: 1:23-cv-02536-KMW-EAP |
| *Plaintiffs*, | **CERTIFICATION OF SPENCER COX IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*** |
| v. | |
| CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC, | |
| *Defendants*. | |

I, Spencer Cox, hereby certify as follows:

1. I am a Partner with the law firm Burns Charest, LLP with offices at 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016.

956908.1

1. I am a member in good standing of the following bars since being admitted in the years indicated: All courts in the state of Texas (Admitted: 11/6/2015), all courts in the State of Virginia (Admitted: 3/1/2022), all courts in the District of Columbia (Admitted: 7/19/2022), United States District Court for the Eastern District of Virginia (3/1/2022), United States District Court for the Northern District of Texas (Admitted: 1/20/2017), United States District Court for the District of Colorado (Admitted: 9/25/2020), United States District Court for the District of Columbia (Admitted: 11/23/2020), United States Court of Appeals for the Tenth Circuit (Admitted: 9/4/2018)[1].

2. I am not under suspension or disbarment by any court.

3. I have no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. Burns Charest LLP does not maintain an office in the State of New Jersey.

5. I seek to appear and participate in this action on behalf of Burns Charest LLP as counsel for Plaintiffs with Mindee J. Reuben, Joseph J. DePalma, and Catherine B. Derenze, of Lite DePalma Greenberg & Afanador, LLC who will serve as counsel of record.

6. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

7. If admitted *pro hac vice*, I will make a payment of $150.00 on admission to the Clerk, U.S. District Court.

8. If admitted *pro hac vice*, I will abide by L. Civ. R. 101(c).

---

[1] Pursuant to L. Civ. R. 101(c)(1), attached as Attachment 1 is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which I am a member.

956908.1

9. If admitted to appear *pro hac vice* before this Court, I shall strictly observe the rules governing practice in the District of New Jersey, shall submit to the disciplinary jurisdiction of the District Court of New Jersey, and shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 16, 2023                                      Respectfully Submitted,

*[signature]*

Spencer Cox
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
scox@burnscharest.com

*Counsel for Plaintiffs and the Proposed Class*

# ATTACHMENT 1

956912.1

Pursuant to L. Civ. R. 101(c)(1), below is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which Spencer Cox is a member.

State Bar of Texas (1414 Colorado Street, Austin, TX 78701)

The Virginia Bar Association (1111 E. Main St., Suite 905, Richmond, VA 23219)

DC Bar (901 4th Street, NW, Washington, DC 20001)

United States District Court for the Eastern District of Virginia (701 East Broad St., Richmond, VA 23219)

United States District Court for the Northern District of Texas (1100 Commerce Street, Room 1452, Dallas, TX 75242)

United States District Court for the District of Colorado (901 19th Street, Denver, CO 80294)

United States District Court for the District of Columbia (333 Constitution Avenue, NW, Washington, DC 20001, Rm, 1225)

United States Court of Appeals for the Tenth Circuit (1823 Stout Street, Denver, CO 80257)

956912.1