**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Civil Action No.: 1:23-cv-02536-KMW-EAP<br><br>**CERTIFICATION OF DANIEL H. CHAREST IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*** |

I, Daniel H. Charest, hereby certify as follows:

1. I am a Partner with the law firm Burns Charest, LLP with offices at 900 Jackson Street, Suite 500, Dallas, Texas 75202.

956902.1

1.      I am a member in good standing of the following bars since being admitted in the years indicated: All courts in the state of Texas (Admitted: 5/4/2007), all courts in the state of Virginia (Admitted: 10/15/2004), Courts of the District of Columbia (Admitted: 6/6/2005), all territorial courts of the United States Virgin Islands (Admitted: 5/10/2016), United States District Court for the Northern District of Texas (Admitted: 12/14/2006), United States District Court for the Eastern District of Texas (Admitted: 4/15/2008), United States District Court for the Western District of Texas (Admitted: 6/9/2008), United States District Court for the Southern District of Texas (Admitted: 9/5/2008), United States District Court for the Eastern District of Virginia (Admitted: 4/8/2005), United States District Court for the Western District of Virginia (Admitted: 3/7/2006), United States District Court for the District of Columbia (Admitted: 3/2/2020), United States District Court for the District of the United States Virgin Islands (Admitted: 5/26/2021), United States District Court for the District of Colorado (Admitted: 5/22/2018), United States Court of Federal Claims (Admitted: 11/29/2017), United States Court of Appeals for the 4th Circuit (Admitted: 2/22/2006), United States Court of Appeals for the 5th Circuit (Admitted: 2/15/2006), United States Court of Appeals for the 9th Circuit (Admitted: 7/19/2017), United States Court of Appeals for the 10th Circuit (Admitted: 7/19/2017), United States Court of Appeals for the Federal Circuit (Admitted: 1/19/2023).[1]

2.      I am not under suspension or disbarment by any court.

3.      I have no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4.      Burns Charest LLP does not maintain an office in the State of New Jersey.

---

[1] Pursuant to L. Civ. R. 101(c)(1), attached as Attachment 1 is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which I am a member.

5. I seek to appear and participate in this action on behalf of Burns Charest LLP as counsel for Plaintiffs with Mindee J. Reuben, Joseph J. DePalma, and Catherine B. Derenze, of Lite DePalma Greenberg & Afanador, LLC who serve as counsel of record.

6. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

7. If admitted *pro hac vice*, I will make a payment of $150.00 on admission to the Clerk, U.S. District Court.

8. If admitted *pro hac vice*, I will abide by L. Civ. R. 101(c).

9. If admitted to appear *pro hac vice* before this Court, I shall strictly observe the rules governing practice in the District of New Jersey, shall submit to the disciplinary jurisdiction of the District Court of New Jersey, and shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 16, 2023            Respectfully Submitted,

_____
Daniel H. Charest
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
dcharest@burnscharest.com

*Counsel for Plaintiffs and the Proposed Class*

# ATTACHMENT 1

956906.1

Pursuant to L. Civ. R. 101(c)(1), below is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which Daniel H. Charest is a member.

State Bar of Texas (1414 Colorado Street, Austin, TX 78701)

Virgin Islands Bar Association (PO Box 224108, Christiansted, VI 00822)

The Virginia Bar Association (1111 E. Main St., Suite 905, Richmond, VA 23219)

DC Bar (901 4th Street, NW, Washington, DC 20001)

United States District Court for the Northern District of Texas (1100 Commerce Street, Room 1452, Dallas, TX 75242)

United States District Court for the Western District of Texas (501 West Fifth Street, Suite 1100, Austin, TX 78701)

United States District Court for the Eastern District of Texas (211 West Ferguson Street, Room 106, Tyler, TX 75702)

United States District Court for the Southern District of Texas (505 Rusk Street, Houston, TX 77002)

United States District Court for the Eastern District of Virginia (701 East Broad St., Richmond, VA 23219)

United States District Court for the Western District of Virginia (180 W. Main Street, Room 104, Abingdon, VA 24210)

United States District Court for the District of Columbia (333 Constitution Avenue, NW, Washington, DC 20001, Rm, 1225)

United States District Court for the District of the United States Virgin Islands (3013 Estate Golden Rock, Christiansted, St. Croix 00820)

United States District Court for the District of Colorado (901 19th Street, Denver, CO 80294)

United States Court of Federal Claims (455 Massachusetts Ave., NW, Suite 335, Washington, DC 20001)

United States Court of Appeals for the Fourth Circuit (1100 East Main Street, Suite 501, Richmond, VA 23219)

956906.1

United States Court of Appeals for the Fifth Circuit (600 S. Maestri Place, Suite 115, New Orleans, LA 70130)

United States Court of Appeals for the Ninth Circuit (95 7th Street, San Francisco, CA 94103)

United States Court of Appeals for the Tenth Circuit (1823 Stout Street, Denver, CO 80257)

United States Court of Appeals for the Federal Circuit (717 Madison Place, NW, Washington, DC 20439)

956906.1