**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>                            *Plaintiffs*,<br><br>v.<br><br>CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>                            *Defendants*. | Civil Action No.: 1:23-cv-02536-KMW-EAP<br><br><br>**CERTIFICATION OF MATTHEW S. TRIPOLITSIOTIS IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEYS *PRO HAC VICE*** |

I, Matthew S. Tripolitsiotis, hereby certify as follows:

1. I am a Partner with the law firm Burns Charest, LLP with offices at 900 Jackson Street, Suite 500, Dallas, Texas 75202.

956937.1

1. I am a member in good standing of the following bars since being admitted in the years indicated: All courts in the state of New York (Admitted: 1/26/2005), all courts in the state of Connecticut (Admitted: 11/1/2004), United States District Court for the District of Connecticut (Admitted: 4/5/2019), United States District Court for the Eastern District of New York (Admitted: 8/30/2005), United States District Court for the Southern District of New York (Admitted: 8/16/2005), United States District Court for the Eastern District of Michigan (Admitted: 2/9/2021), United States District Court for the District of Colorado (Admitted: 11/9/2020), United States Court of Appeals for the Second Circuit (Admitted: 10/5/2006), United States Court of Appeals for the Sixth Circuit (Admitted: 9/27/2021), and the Supreme Court of the United States (Admitted: 10/2/2022).[1]

2. I am not under suspension or disbarment by any court.

3. I have no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

4. Burns Charest LLP does not maintain an office in the State of New Jersey.

5. I seek to appear and participate in this action on behalf of Burns Charest LLP as counsel for Plaintiffs with Mindee J. Reuben, Joseph J. DePalma, and Catherine B. Derenze, of Lite DePalma Greenberg & Afanador, LLC who serve as counsel of record.

6. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

7. If admitted *pro hac vice*, I will make a payment of $150.00 on admission to the Clerk, U.S. District Court.

---

[1] Pursuant to L. Civ. R. 101(c)(1), attached as Attachment 1 is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which I am a member.

956937.1

8. If admitted *pro hac vice*, I will abide by L. Civ. R. 101(c).

9. If admitted to appear *pro hac vice* before this Court, I shall strictly observe the rules governing practice in the District of New Jersey, shall submit to the disciplinary jurisdiction of the District Court of New Jersey, and shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 16, 2023

Respectfully Submitted,

Matthew S. Tripolitsiotis
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (469) 904-4550
mtripolitsiotis@burnscharest.com

*Counsel for Plaintiffs and the Proposed Class*

# ATTACHMENT 1

956913.1

Pursuant to L. Civ. R. 101(c)(1), below is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which Matthew Tripolitsiotis is a member.

New York State Bar Association (1 Elk Street, Albany, NY 12207)

Connecticut Bar Examining Committee of the State of Connecticut Judicial Branch (100 Washington Street, 1st Floor, Hartford, CT 06106)

United States District Court for the District of Connecticut (Admitted: 4/5/2019),

United States District Court for the Eastern District of New York (225 Cadman Plaza East, Brooklyn, NY 11201)

United States District Court for the Southern District of New York (40 Foley Square, New York, NY 10007)

United States District Court for the Eastern District of Michigan (231 Lafayette Blvd., Detroit, Michigan 48226)

United States District Court for the District of Colorado (901 19th Street, Denver, CO 80294)

United States Court of Appeals for the Second Circuit (40 Foley Square, New York, NY 10007)

United States Court of Appeals for the Sixth Circuit (100 East Fifth Street, Cincinnati, OH 45202)

Supreme Court of the United States (One First Street, NE, Washington, DC 20543)

956913.1