# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated,<br><br><br>*Plaintiffs*,<br><br>v.<br><br>CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | : Civil Action No.: 1:23-cv-02536-KMW-EAP<br>:<br>:<br>:<br>:<br>:<br>: **[PROPOSED] ORDER APPROVING**<br>: **MOTION FOR ADMISSION OF**<br>: **ATTORNEYS *PRO HAC VICE***<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

This matter having been presented to the Court by Plaintiffs Heather Altman and Eliza Wiatroski ("Plaintiffs") and their attorneys Lite DePalma Greenberg & Afanador, LLC for the entry of an Order allowing the appearance *pro hac vice* of Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns for all purposes in the captioned matter, and the Court having reviewed the Certifications of Joseph J. DePalma, Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns; and it appearing that Christopher J. Cormier is a partner with the firm Burns Charest LLP, located at 4725 Wisconsin Avenue, NW,

Suite 200, Washington, DC 20016; Spencer Cox is a partner with the firm Burns Charest LLP, located at 4725 Wisconsin Avenue, NW, Suite 200, Washington, DC 20016; Warren T. Burns is a partner with the firm Burns Charest LLP, located at 900 Jackson Street, Suite 500, Dallas, TX 75202; Daniel H. Charest is a partner with the firm Burns Charest LLP, located at 900 Jackson Street, Suite 500, Dallas, TX 75202; Hannah M. Crowe is an associate with the firm Burns Charest LLP, located at 900 Jackson Street, Suite 500, Dallas, TX 75202; Matthew Tripolitsiotis is a partner with the firm Burns Charest LLP, located at 900 Jackson Street, Suite 500, Dallas, TX 75202; Quinn Burns is an associate with the firm Burns Charest LLP, located at 900 Jackson Street, Suite 500, Dallas, TX 75202and for good cause having been shown;

**IT IS** on this _____ day of _____, 2023

**ORDERED**, that Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns are hereby admitted *pro hac vice* for all purposes of representing Defendants Capital Investors Management LLC and Shuvan Bhaumik in the captioned matter, and it is

**FURTHER ORDERED** that, pursuant to Local Rule 101.1(c) Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) if they have not already made contributions, and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c)(3), Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns shall make a payment of $150.00, payable to the Clerk, United States District

956939.1

Court, and it is

**FURTHER ORDERED** that Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Rule 103.1, Judicial Ethics and Professional Responsibility, and the Local Rule 104.1, Discipline of Attorneys; and it is

**FURTHER ORDERED** that pursuant to Local Rule 101.1(c), Christopher J. Cormier, Spencer Cox, Warren T. Burns, Daniel H. Charest, Matthew Tripolitsiotis, Hannah M. Crowe and Quinn Burns shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED**:

_____

Honorable Elizabeth A. Pascal, U.S.M.J.

956939.1