[ECF No. 9]

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| HEATHER ALTMAN, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., et al.,<br><br>Defendants. | Civil No. 23-2536 (KMW)(EAP)<br><br>ORDER |

This matter having come before the Court upon the Motion, ECF No. 9, of Gregory Mortenson, Esquire, counsel for Defendant Cendyn Group, LLC, for an Order allowing Sadik Huseny, Esquire; Lawrence Buterman, Esquire; Brendan McShane, Esquire; Anna Rathbun, Esquire; and Christopher Brown, Esquire to appear and participate *pro hac vice*; and the Court having considered the moving papers; and

**IT APPEARING TO THE COURT** that Local Civil Rule 101.1(c)(1) requires that a motion to appear *pro hac vice* contain a statement of each applicant "certifying that no disciplinary proceedings are pending against the attorney in any jurisdiction and no discipline has previously been imposed on the attorney in any jurisdiction;" and

**IT FURTHER APPEARING** that each attached certification to the Motion contains a statement that the applicant is "in good standing and eligible to practice in the above jurisdictions" and is not "currently disbarred or suspended in any jurisdiction;" *see* ECF No. 9-2, ¶ 5; ECF No. 9-3, ¶ 5; ECF No. 9-4, ¶ 5; ECF No. 9-5, ¶ 5; ECF No. 9-6, ¶ 5; and

**IT FURTHER APPEARING** that each attached certified statement does not state that no disciplinary proceedings are currently *pending* against the attorney in any jurisdiction; and

**IT FURTHER APPEARING** that each attached certified statement does not state that no discipline has *previously* been imposed on the attorney in any jurisdiction;

**IT IS** this **29th** day of **June 2023**;

**ORDERED** that Defendant Cendyn Group, LLC's Motion, ECF No. 9, to allow Sadik Huseny, Esquire; Lawrence Buterman, Esquire; Brendan McShane, Esquire; Anna Rathbun, Esquire; and Christopher Brown, Esquire to appear and participate *pro hac vice* is **DENIED WITHOUT PREJUDICE**.

s/ Elizabeth A. Pascal  
ELIZABETH A. PASCAL  
United States Magistrate Judge

cc: Hon. Karen M. Williams, U.S.D.J.