Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br>     *Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>     *Defendants*. | Civil No. 23-2536 (KMW)(EAP)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP through Tansy Woan enters an appearance as counsel on behalf of Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation in the above-captioned matter.

Dated: June 30, 2023                          SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP

                                              By: *s/ Tansy Woan*
                                              Tansy Woan

                                              *Attorney for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 30, 2023, I caused a copy of the Notice of Appearance on behalf of Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation to be filed by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated: June 30, 2023                                                          *s/ Tansy Woan*
                                                                                                   Tansy Woan