Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>                    *Plaintiffs*,<br><br>            -v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>                    *Defendants*. | Civil No. 23-2536 (KMW)(EAP)<br><br>**NOTICE OF CAESARS DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE* OF BORIS BERSHTEYN, KEN SCHWARTZ, MICHAEL MENITOVE, AND SAM AULD** |

PLEASE TAKE NOTICE that on a date and time determined by the Court, Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation ("Caesars Defendants"), through their undersigned attorneys, shall move before the Honorable Elizabeth A. Pascal, U.S.M.J., United

States District Court, District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey, for entry of an Order, pursuant to Local Civil Rule 101.1(c), allowing the admission *pro hac vice* of Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld as counsel for Caesars Defendants in the above-captioned case.

The Caesars Defendants shall rely on the accompanying Certifications of Tansy Woan, Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld in support of this motion. A proposed form of Order is submitted herewith for the Court's convenience.

**WHEREFORE**, it is respectfully requested that the motion for admission of Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld *pro hac vice* as counsel for Caesars Defendants in the above-caption matter be granted.

Dated: June 30, 2023

       /s/ Tansy Woan
Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*