Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
Skadden, Arps, Slate,
  Meagher & Flom LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com


*Attorneys for Defendants Caesars Entertainment,
Inc., Boardwalk Regency LLC, Harrah's Atlantic
City Operating Company, LLC, and Tropicana
Atlantic City Corporation*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN, *et al.*, <br><br> *Plaintiffs*, <br><br><br> -v.- <br><br> CAESARS ENTERTAINMENT, INC., *et al.*, <br><br> *Defendants*. | Civil No. 23-2536 (KMW)(EAP) <br><br> **CERTIFICATION OF TANSY WOAN IN SUPPORT OF APPLICATION OF BORIS BERSHTEYN, KEN SCHWARTZ, MICHAEL MENITOVE, AND SAM AULD FOR ADMISSION *PRO HAC VICE*** |

TANSY WOAN hereby certifies as follows:

1.      I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP

("Skadden"), attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC,

Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation in the

above-captioned matter.  I submit this certification in support of the application to admit Boris

Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld *pro hac vice* pursuant to Local Civil

Rule 101.1(c).

      2.     I was duly admitted to the Bars of the State of New Jersey and the United States

District Court for the District of New Jersey in 2013.  I am also a member of the Bar of the State

of New York (2014) and am admitted to practice before the following other federal courts:

United States District Court for the Southern District of New York (2014); United States District

Court for the Eastern District of New York (2014); and United States Court of Appeals for the

Ninth Circuit (2019).

      3.     I am a member in good standing of all of the Bars to which I am admitted.  I

practice law in the District of New Jersey from Skadden's New York City office at One

Manhattan West, New York, New York 10001.

      4.     Mr. Bershteyn is a partner in Skadden's New York City office.  Mr. Bershteyn

has submitted his certification in support of the present application.

      5.     Mr. Schwartz is a partner in Skadden's New York City office.  Mr. Schwartz has

submitted his certification in support of the present application.

      6.     Mr. Menitove is a partner in Skadden's New York City office.  Mr. Menitove has

submitted his certification in support of the present application.

      7.     Mr. Auld is an associate in Skadden's New York City office.  Mr. Auld has

submitted his certification in support of the present application.

      8.     I will be responsible pursuant to Local Civil Rule 101.1(c)(4) for: filing and

accepting service of pleadings, papers, and orders; signing stipulations; and the conduct of this

case.  I, or another attorney who is admitted to practice in this Court, will appear at all proceedings in this case unless excused by the Court.

9.      Consequently, I respectfully request that the Court grant the application for admission *pro hac vice* of Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld pursuant to Local Civil Rule 101.1(c).

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2023

*s/ Tansy Woan*
Tansy Woan