Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
S<small>KADDEN</small>, A<small>RPS</small>, S<small>LATE</small>,
  M<small>EAGHER</small> & F<small>LOM</small> LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br>　　　　　　　　　*Plaintiffs*,<br><br>　　　　-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br>　　　　　　　　　*Defendants*. | Civil No. 23-2536 (KMW)(EAP)<br><br>**CERTIFICATION OF MICHAEL MENITOVE IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*** |

MICHAEL MENITOVE hereby certifies as follows:

1. I am an attorney at law admitted to practice in New York and a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden"), attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation in the above-captioned matter. I submit this certification in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. I principally practice in Skadden's New York City office, which is located at One Manhattan West, New York, New York, 10001. I received my J.D. degree from Harvard Law School in 2008. I am a member in good standing of the Bar of the State of New York since my admission by the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department in 2009.

3. In addition, I am also admitted to practice before the following courts: United States District Court for the Southern District of New York (2014); United States District Court for the Eastern District of New York (2014); United States Court of Appeals for the Federal Circuit (2012); and United States Court of Appeals for the Ninth Circuit (2016). The names and addresses of the offices maintaining the rolls of members of the Bars in those jurisdictions in which I am admitted are as follows:

| Jurisdiction | Address |
| --- | --- |
| Supreme Court of the State of New York, Appellate Division, Second Judicial Department | Supreme Court, State of New York, Appellate Division, Second Department<br>Attorney Matters Section<br>45 Monroe Place<br>Brooklyn, NY 11201 |
| United States District Court for the Southern District of New York | United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan United States Courthouse |

2

|  | 500 Pearl Street<br>New York, NY 10007 |
|---|---|
| United States District Court for the Eastern District of New York | United States District Court<br>Eastern District of New York<br>Attorney Admissions Clerk<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 |
| United States Court of Appeals for the Ninth Circuit | United States Court of Appeals for the Ninth Circuit<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |
| United States Court of Appeals for the Federal Circuit | United States Court of Appeals for the Federal Circuit<br>717 Madison Place, NW<br>Washington, D.C. 20439 |

4. I am a member in good standing of all the Bars to which I am admitted. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

5. I will be associated in this matter with counsel of record, Tansy Woan, who is partner in Skadden's New York City office, and who is a member in good standing of the Bar of the United States District Court for the District of New Jersey and the Bar of the State of New Jersey.

6. I acknowledge that I will comply with the requirements of Local Civil Rule 101.1(c), including payment of the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and payment of the fee required by Local Civil Rule 101.1(c)(3), and the other Local Civil Rules of this Court. I understand that under Local Civil Rule 101.1(c)(5), I am within the disciplinary jurisdiction of this Court and I will be subject to Local Civil Rule 103.1, <u>Judicial Ethics and Professional Responsibility</u>, and Local Civil Rule 104.1, <u>Discipline of Attorneys</u>.

      7.      Consequently, I respectfully request that the Court grant my admission *pro hac vice*.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2023

                                                                Michael Menitove