Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br><br>       *Plaintiffs*,<br><br>-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>       *Defendants*. | Civil No. 23-02536 (KMW)(EAP)<br><br>**[PROPOSED] ORDER GRANTING ADMISSIONS *PRO HAC VICE*** |

THIS MATTER having been brought before the Court by Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation on application for an order granting the *pro hac vice* admission of Boris Bershteyn, Ken Schwartz,

Michael Menitove, and Sam Auld pursuant to Local Civil Rule 101.1(c); and the Court having considered the Certifications submitted in support of the application, which reflect that Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld satisfy the requirements set forth in Local Civil Rule 101.1(c); and for good cause shown.

It is on this __ day of ____ 2023

ORDERED that the application for the *pro hac vice* admission of Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld is granted; and it is further

ORDERED that Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matters affecting their standing at the bar of any court; and it is further

ORDERED that all pleadings, briefs and other papers filed with the Court shall be signed by Tansy Woan or another attorney from Skadden, Arps, Slate, Meagher & Flom LLP who is authorized to practice in this Court; and it is further

ORDERED that pursuant to Local Civil Rule 101.1(c)(2), Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld shall pay the fee to the New Jersey Lawyer's Fund for Client Protection in accordance with the New Jersey Court Rule 1:28-2; and it is further

ORDERED that Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees; and it is further

ORDERED that Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(3)(c).

                                                  ELIZABETH A. PASCAL, U.S.M.J.