Tansy Woan
Boris Bershteyn (*pro hac vice forthcoming*)
Ken Schwartz (*pro hac vice forthcoming*)
Michael Menitove (*pro hac vice forthcoming*)
Sam Auld (*pro hac vice forthcoming*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Tansy.Woan@skadden.com
Boris.Bershteyn@skadden.com
Ken.Schwartz@skadden.com
Michael.Menitove@skadden.com
Sam.Auld@skadden.com

*Attorneys for Defendants Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating Company, LLC, and Tropicana Atlantic City Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN, *et al.*,<br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　　-v.-<br><br>CAESARS ENTERTAINMENT, INC., *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil No. 23-2536 (KMW)(EAP)<br><br>**CERTIFICATE OF SERVICE** |

　　　　I hereby certify that on June 30, 2023, I electronically filed the foregoing Defendants

Caesars Entertainment, Inc., Boardwalk Regency LLC, Harrah's Atlantic City Operating

Company, LLC, and Tropicana Atlantic City Corporation's: 1) Notice of Caesars Defendants'

Motion for Admission *Pro Hac Vice* of Boris Bershteyn, Ken Schwartz, Michael Menitove, and

2

Sam Auld; 2) Certification of Tansy Woan in Support of Application of Boris Bershteyn, Ken Schwartz, Michael Menitove, and Sam Auld for Admission *Pro Hac Vice*; 3) Certification of Boris Bershteyn in Support of Application for Admission *Pro Hac Vice*; 4) Certification of Ken Schwartz in Support of Application for Admission *Pro Hac Vice*; 5) Certification of Michael Menitove in Support of Application for Admission *Pro Hac Vice*; 6) Certification of Sam Auld in Support of Application for Admission *Pro Hac Vice*; and 7) Proposed Order Granting Admissions *Pro Hac Vice*, by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

Dated:  June 30, 2023                                       *s/ Tansy Woan*
                                                            Tansy Woan