Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Counsel for Defendant Cendyn Group, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**NOTICE OF MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE***<br><br>Motion Day: August 7, 2023 |

**PLEASE TAKE NOTICE** that, pursuant to Rule 101.1(c) of the Local Rules for the United States District Court for the District of New Jersey, the undersigned attorney for Defendant Cendyn Group, LLC ("Defendant") shall move before the United States District Court, District of New Jersey, at the Mitchell H. Cohen U.S. Courthouse, 4th & Cooper Streets, Camden, New Jersey

08101, for entry of an Order allowing the admission *pro hac vice* of Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown as counsel for Defendant in the above-captioned case.

The Defendant shall rely on the accompanying Certifications of Gregory Mortenson, Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown, in support of this motion. A proposed form of Order is submitted herewith for the Court's convenience.

**WHEREFORE,** it is respectfully requested that the motion for admission of Sadik Huseny, Lawrence Buterman, Brendan McShane, Anna Rathbun, and Christopher Brown *pro hac vice* as counsel for Defendant in the above-captioned matter be granted.

Dated: July 3, 2023  Respectfully submitted,

*s/ Gregory Mortenson*
Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Counsel for Defendant Cendyn Group, LLC*