**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**CERTIFICATION OF LAWRENCE BUTERMAN IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Lawrence Buterman, hereby certify pursuant to 28 U.S.C. § 1746 and state that:

1. I am a member of the law firm of Latham & Watkins LLP, attorneys for Defendant Cendyn Group, LLC ("Defendant"). I submit this Certification in support of Defendant's application to admit me *pro hac vice* in this matter.

2. My office address and telephone number are as follows:

   1271 Avenue of the Americas
   New York, NY 10020
   Tel: (212) 906-1200
   Fax: (212) 751-4864

3. I have been admitted to practice law in the State of New York continuously since September 17, 2001 and the District of Columbia continuously since January 7, 2011. I have also been admitted to practice in the following jurisdictions continuously since the respective dates provided below:

(a) United States District Court – District of Columbia, 7 December 2015

(b) United States District Court – Eastern District of Michigan, 5 May 2015

(c) United States District Court – Eastern District of New York, 7 February 2002

(d) United States District Court – Southern District of New York, 8 January 2002

(e) United States Court of Appeals for the Second Circuit, 1 December 2009

(f) United States Court of Appeals for the Third Circuit, 28 September 2022

4. The bars and jurisdictions I have been admitted to may be contacted at the following addresses:

> The District of Columbia Bar
> 901 4th Street, NW
> Washington, D.C. 20001
>
> New York State Unified Court System
> Office of Court Administration
> Attorney Registration Unit
> 25 Beaver Street - Room 840
> New York, NY 10004
>
> USDC – District of Columbia
> Room 1225
> 333 Constitution Avenue N.W.
> Washington D.C. 20001
>
> USDC – Eastern District of Michigan
> Theodore Levin U.S. Courthouse
> 231 W. Lafayette Boulevard
> Detroit, MI 48226

USDC – Eastern District of New York
Theodore Roosevelt United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

USDC – Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 400
New York, NY 10007

U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

U.S. Court of Appeals for the Third Circuit
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

5. I am in good standing and eligible to practice in the above jurisdictions. I am not currently disbarred or suspended in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I shall notify the Court immediately of any matter affecting my standing at the bar of any court.

6. I am associated in this matter with Gregory Mortenson, who is an associate at the law firm Latham & Watkins LLP and I understand is qualified to practice law in the State of New Jersey, pursuant to New Jersey Rule 1:21-1.

7. If admitted *pro hac vice*, I will comply with all of the requirements of Local Civil Rule 101.1, including: (i) making payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court; and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

8. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

9. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July 2023 in New York, New York.

*Lawrence Buterman*