**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**CERTIFICATION OF SADIK HUSENY IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, Sadik Huseny, hereby certify pursuant to 28 U.S.C. § 1746 and state that:

1. I am a member of the law firm of Latham & Watkins LLP, attorneys for Defendant Cendyn Group, LLC ("Defendant"). I submit this Certification in support of Defendant's application to admit me *pro hac vice* in this matter.

2. My office address and telephone number are as follows:

    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111
    Tel: (415) 391-0600
    Fax: (415) 395-8095

3. I have been admitted to practice law in the State of California continuously since April 20, 2003. I have also been admitted to practice in the following jurisdictions continuously since the respective dates provided below:

(a) United States District Court – Central District of California, 18 December 2003

(b) United States District Court – Eastern District of California, 12 December 2003

(c) United States District Court – Northern District of California, 12 December 2003

(d) United States District Court – Southern District of California, 15 December 2003

(e) United States Court of Appeals for the Second Circuit, 25 May 2006

(f) United States Court of Appeals for the Fourth Circuit, 7 January 2020

(g) United States Court of Appeals for the Seventh Circuit, 11 October 2013

(h) United States Court of Appeals for the Ninth Circuit, 15 December 2003

(i) United States Court of Appeals for the Eleventh Circuit, 30 March 2016

(j) United States Supreme Court, 1 October 2018

4. The bars and jurisdictions I have been admitted to may be contacted at the following addresses:

    The State Bar of California
    180 Howard St.
    San Francisco, CA 94105

    USDC – Central District of California
    First Street U.S. Courthouse
    350 W 1st Street, Suite 4311
    Los Angeles, CA 90012-4565

    USDC – Eastern District of California
    Robert T. Matsui Federal Courthouse
    501 I Street, Room 4-200
    Sacramento, CA 95814

    USDC – Northern District of California
    Phillip Burton Federal Building

        & United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

USDC – Southern District of California
James M. Carter & Judith N. Keep U.S. Courthouse
333 W. Broadway
San Diego, CA 92101

U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Centre Street
New York, NY 10007

U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

U.S. Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

U.S. Court of Appeals for the Ninth Circuit
The James R. Browning Courthouse
95 7th Street
San Francisco, CA 94103

U.S. Courts of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

United States Supreme Court
1 First Street, NE
Washington, DC 20543

5.    I am in good standing and eligible to practice in the above jurisdictions. I am not currently disbarred or suspended in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I shall notify the Court immediately of any matter affecting my standing at the bar of any court.

6. I am associated in this matter with Gregory Mortenson, who is an associate at the law firm Latham & Watkins LLP and I understand is qualified to practice law in the State of New Jersey, pursuant to New Jersey Rule 1:21-1.

7. If admitted *pro hac vice*, I will comply with all of the requirements of Local Civil Rule 101.1, including: (i) making payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court; and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

8. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

9. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July 2023 in San Francisco, California.

_____
Sadik Huseny