**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**CERTIFICATION OF BRENDAN MCSHANE IN SUPPORT OF ADMISSION *PRO HAC VICE*** |

I, BRENDAN MCSHANE, hereby certify pursuant to 28 U.S.C. § 1746 and state that:

1. I am a member of the law firm of Latham & Watkins LLP, attorneys for Defendant Cendyn Group, LLC ("Defendant"). I submit this Certification in support of Defendant's application to admit me *pro hac vice* in this matter.

2. My office address and telephone number are as follows:

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel.: (415) 391-0600
Fax: (415) 395-8095

3. I have been admitted to practice law in the State of California since December 5, 2003. I have also been admitted to practice in the following jurisdictions continuously since the respective dates provided below:

(a) United States District Court – Central District of California, 26 February 2004

(b) United States District Court – Eastern District of California, 25 February 2004

(c) United States District Court – Northern District of California, 25 February 2004

(d) United States District Court – Southern District of California, 26 February 2004

(e) United States Court of Appeals for the 9th Circuit, 29 September 2005

4. The bars and jurisdictions I have been admitted to may be contacted at the following addresses:

The State Bar of California
180 Howard St.
San Francisco, CA 94105

USDC – Central District of California
First Street U.S. Courthouse
350 W 1st Street, Suite 4311
Los Angeles, CA 90012-4565

USDC – Eastern District of California
Robert T. Matsui Federal Courthouse
501 I Street, Room 4-200
Sacramento, CA 95814

USDC – Northern District of California
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

USDC – Southern District of California
James M. Carter & Judith N. Keep U.S. Courthouse
333 W. Broadway
San Diego, CA 92101

>U.S. Court of Appeals for the Ninth Circuit
>The James R. Browning Courthouse
>95 7th Street
>San Francisco, CA 94103

5. I am in good standing and eligible to practice in the above jurisdictions. I am not currently disbarred or suspended in any jurisdiction. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction. I shall notify the Court immediately of any matter affecting my standing at the bar of any court.

6. I am associated in this matter with Gregory Mortenson, who is an associate at the law firm Latham & Watkins LLP and I understand is qualified to practice law in the State of New Jersey, pursuant to New Jersey Rule 1:21-1.

7. If admitted *pro hac vice*, I will comply with all of the requirements of Local Civil Rule 101.1, including: (i) making payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Rule 1:28-2(a); (ii) making payment of $150.00 to the Clerk of the United States District Court; and (iii) strictly observing the dates fixed for scheduling conferences, motions, pretrial conferences, trials, or any other proceedings.

8. If admitted *pro hac vice*, I understand and acknowledge that I will be within the disciplinary jurisdiction of this Court.

9. I certify under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July 2023 in San Francisco, California.

_____
Brendan McShane