Gregory Mortenson
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 906-1200
Email: gregory.mortenson@lw.com

*Counsel for Defendant Cendyn Group, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | Case No. 1:23-cv-02536-KMW-EAP<br><br>Hon. Karen M. Williams<br>Magistrate Judge Elizabeth A. Pascal<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 3, 2023, I electronically filed the foregoing Defendant Cendyn Group, LLC's: 1) Notice of Motion for Admission of Counsel *Pro Hac Vice*; 2) Certification of Gregory Mortenson in Support of Admission *Pro Hac Vice*; 3) Certification of Sadik Huseny in Support of Admission *Pro Hac Vice*; 4) Certification of Lawrence Buterman in Support of

2

Admission *Pro Hac Vice*; 5) Certification of Brendan McShane in Support of Admission *Pro Hac Vice*; 6) Certification of Anna Rathbun in Support of Admission *Pro Hac Vice*; 7) Certification of Christopher Brown in Support of Admission *Pro Hac Vice*, and 8) Proposed Order Granting Admission *Pro Hac Vice*, by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

                                                                           Respectfully submitted,

                                                                           *s/ Gregory Mortenson*
                                                                           Gregory Mortenson