# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>Defendants. | Civil Action No.  1:23-CV-02536-KMW-EAP |

## NOTICE OF APPEARANCE

I, Craig Carpenito, am admitted to practice in this Court and hereby enter my appearance as counsel for Defendant Boardwalk 1000, LLC d/b/a Hard Rock Hotel & Casino Atlantic City.

Dated:  July 17, 2023

*/s/ Craig Carpenito*

Craig Carpenito
New Jersey Bar No. 027102000
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036
Tel:     (212) 556-2100
Fax:    (212) 556-2222
E:       ccarpenito@kslaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

*/s/ Craig Carpenito*
Craig Carpenito
New Jersey Bar No. 027102000
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Fl.
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
E: ccarpenito@kslaw.com

*Counsel for Defendant Boardwalk 1000 LLC d/b/a/ Hard Rock Hotel & Casino Atlantic City*