UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, *individually and on behalf of all others similarly situated,*<br><br>Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>Defendants. | Civil Action No. 1:23-CV-02536-KMW-EAP |

## **NOTICE OF APPEARANCE**

I, Thomas J. Scrivo, am admitted to practice in this Court and hereby enter my appearance as counsel for Defendant Boardwalk 1000, LLC d/b/a Hard Rock Hotel & Casino Atlantic City.

Dated:  July 17, 2023

                <u>*/s/  Thomas J. Scrivo*</u>
                Thomas J. Scrivo
                New Jersey Bar No. 307552019
                **KING & SPALDING LLP**
                1185 Avenue of the Americas, 34th Fl.
                New York, NY 10036
                Tel:   (212) 556-2100
                Fax:  (212) 556-2222
                E:     tscrivo@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel registered to receive ECF notifications in this case.

        */s/  Thomas J. Scrivo*
        Thomas J. Scrivo
        New Jersey Bar No. 307552019
        **KING & SPALDING LLP**
        1185 Avenue of the Americas, 34th Fl.
        New York, NY 10036
        Tel:    (212) 556-2100
        Fax:   (212) 556-2222
        E:      tscrivo@kslaw.com

*Counsel for Defendant Boardwalk 1000 LLC d/b/a/ Hard Rock Hotel & Casino Atlantic City*