**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No.: 1:23-cv-02536-KMW-EAP<br><br>**NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION OF VINEET BHATIA, SHAWN L. RAYMOND, STEPHEN E. MORRISSEY AND BENJAMIN MANNE** |

**PLEASE TAKE NOTICE** that on August 21, 2023 at 10:00 a.m., or as soon thereafter

as counsel may be heard, Heather Altman and Eliza Wiatroski ("Plaintiffs") will move before

Honorable Elizabeth A. Pascal, U.S.M.J. at the United States District Court, Mitchell H. Cohen

956935.1

Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101, for an order admitting Vineet Bhatia, Shawn L. Raymond, Stephen E. Morrissey and Benjamin Manne; and it appearing that Vineet Bhatia is a partner with the law firm Susman Godfrey L.L.P., located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002; Shawn L. Raymond is a partner with the law firm Susman Godfrey L.L.P., located at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002; Stephen E. Morrissey is a partner with the law firm Susman Godfrey L.L.P., located at 401 Union Street, Suite 3000 Seattle, WA 98101; and Benjamin Manne is an attorney with the law firm Susman Godfrey L.L.P., located at 401 Union Street, Suite 3000 Seattle, WA 98101, *pro hac vice* for all purposes in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that in support of Plaintiffs' motion are the Certifications of Joseph J. DePalma, Vineet Bhatia, Shawn L. Raymond, Stephen E. Morrissey and Benjamin Manne. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that because this application being made is pursuant to Local Rule 101.1(c) and is within the discretion of the Court, no brief is necessary.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs hereby request that this motion be decided on the papers pursuant to Rule 78 of the Federal Rules of Civil Procedure.

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

Dated: July 20, 2023

　　/s/ Joseph J. DePalma　　
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, New Jersey 07102
(973) 623-3000
bgreenberg@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

956935.1