**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-02536-KMW-EAP<br><br>**CERTIFICATION OF SHAWN L. RAYMOND IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Shawn L. Raymond, hereby certify as follows:

1.     I am a Partner with the law firm Susman Godfrey L.L.P. with offices at 1000 Louisiana Street, Suite 5100, Houston, Texas 77002.

2. I am a member in good standing of the following bars since being admitted in the years indicated: The State of Texas (2000), The State of Arkansas (2018), U.S. District Court for the Southern District of Texas (2000), U.S. District Court for the Eastern District of Texas (2001), U.S. District Court for the Northern District of Texas (2001), U.S. District Court for the Western District of Texas (2019), U.S. District Court for the District of Colorado (2003), 2nd Circuit Court of Appeals (2014), 5th Circuit Court of Appeals (2001), 8th Circuit Court of Appeals (2014), D.C. Circuit Court of Appeals (2012), Court of Appeals for the Federal Circuit (2015), and the United States Supreme Court (2003).[1]

3. I am not under suspension or disbarment by any court.

4. I have no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. Susman Godfrey L.L.P. does not maintain an office in the State of New Jersey.

6. I seek to appear and participate in this action on behalf of Susman Godfrey L.L.P. as counsel for Plaintiffs with Mindee J. Reuben, Joseph J. DePalma, and Catherine B. Derenze, of Lite DePalma Greenberg & Afanador, LLC who will serve as counsel of record.

---

[1] Pursuant to L. Civ. R. 101(c)(1), the following is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which I am a member: The State Bar of Texas (1414 Colorado Street, Austin, TX 78701), The Arkansas Bar Association (2224 Cottondale Ln., Little Rock, AR 72202), USDC SDTX (515 Rusk Street, Houston, TX 77002), USDC EDTX (300 Willow Street, Suite 104, Beaumont, TX 77701), USDC NDTX (1100 Commerce Street, Room 1452, Dallas, TX 75242), USDC WDTX (501 West Fifth Street, Suite 1100, Austin, TX 78701), USDC Colorado (901 19th Street, Denver, CO 80294), 2nd Circuit CoA (40 Foley Square, New York, NY 10007), 5th Circuit CoA (600 S. Maestri Place, Suite 115, New Orleans, LA 70130), 8th Circuit CoA (111 South 10th Street, Room 24.329, St. Louis, MO 63102), D.C. Circuit CoA (333 Constitution Ave., NW, Washington, DC 20001), CoA for the Federal Circuit (717 Madison Place, NW, Room 401, Washington, DC 20439), United States Supreme Court (One First Street, NE, Washington, DC 20543).

7. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

8. If admitted *pro hac vice*, I will make a payment of $150.00 on admission to the Clerk, U.S. District Court.

9. If admitted *pro hac vice*, I will abide by L. Civ. R. 101(c).

10. If admitted to appear *pro hac vice* before this Court, I shall strictly observe the rules governing practice in the District of New Jersey, shall submit to the disciplinary jurisdiction of the District Court of New Jersey, and shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 20, 2023

Respectfully submitted,

*/s/ Shawn L. Raymond/*

Shawn L. Raymond *(pro hac vice forthcoming)*
Texas Bar No. 24009236
sraymond@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiffs and the Proposed Class*