**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Attorney for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>  *Defendants*. | Civil Action No.: 1:23-cv-02536-KMW-EAP<br><br>**CERTIFICATION OF STEPHEN E. MORRISSEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION** |

I, Stephen E. Morrissey, hereby certify as follows:

1. I am a Partner with the law firm Susman Godfrey L.L.P. with offices at 401 Union Street, Suite 3000 Seattle, WA 98101.

2. I am a member in good standing of the following bars since being admitted in the years indicated: The State of California (1997), The State of Washington (2012), The District of Columbia (2011), U.S. District Court for the Western District of Washington (2013), U.S. District Court for the Central District of California (1998), U.S. District Court for the Northern District of California (2000), U.S. District Court for the Southern District of New York (2007), U.S. District Court for the Eastern District of Texas (2007), U.S. District Court for the Eastern District of Michigan (2016), U.S. District Court for the Northern District of Illinois (2014), U.S. District Court for the District of Colorado (2018), 7th Circuit Court of Appeals (2021), 9th Circuit Court of Appeals (2017), and 10th Circuit Court of Appeals (2004).[1]

3. I am not under suspension or disbarment by any court.

4. I have no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. Susman Godfrey L.L.P. does not maintain an office in the State of New Jersey.

6. I seek to appear and participate in this action on behalf of Susman Godfrey L.L.P. as counsel for Plaintiffs with Mindee J. Reuben, Joseph J. DePalma, and Catherine B. Derenze, of Lite DePalma Greenberg & Afanador, LLC who will serve as counsel of record.

---

[1] Pursuant to L. Civ. R. 101(c)(1), the following is a list of the names and addresses of the officials or offices that maintain the rolls of the members of the bars to which I am a member: State of California (180 Howard Street, San Francisco, CA 94105), State of Washington (1325 4th Ave suite 600, Seattle, WA 98101), District of Columbia (901 4th Street, NW Washington, D.C. 20001), USDC WDWA (700 Stewart Street, Suite 2310 Seattle, WA 98101), USDC CDCA (255 East Temple Street, Suite 180 Los Angeles, CA 90012), USDC NDCA (450 Golden Gate Avenue, Box 36060 San Francisco, CA 94102), USDC SDNY (500 Pearl Street, New York, NY 10007), USDC EDTX (300 Willow Street, Suite 104, Beaumont, TX 77701), USDC EDMI (600 Church Street, Room 140 Flint, MI 48502), USDC NDIL (219 S. Dearborn Street Chicago, IL 60604), USDC Colorado (901 19th Street, Denver, CO 80294), 7th Circuit CoA (219 S. Dearborn Street Room 2722 Chicago, IL 60604), 9th Circuit CoA (95 7th Street San Francisco, CA 94103), and 10th Circuit CoA (1823 Stout Street Denver, CO 80257).

7. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

8. If admitted *pro hac vice*, I will make a payment of $150.00 on admission to the Clerk, U.S. District Court.

9. If admitted *pro hac vice*, I will abide by L. Civ. R. 101(c).

10. If admitted to appear *pro hac vice* before this Court, I shall strictly observe the rules governing practice in the District of New Jersey, shall submit to the disciplinary jurisdiction of the District Court of New Jersey, and shall strictly observe the dates fixed for scheduling conferences, motions, pretrial conferences, trials or any other proceedings.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 20, 2023                    Respectfully submitted,

Stephen E. Morrissey *(pro hac vice forthcoming)*
Washington Bar No. 44710
smorrissey@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Attorneys for Plaintiffs and the Proposed Class*