## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No.: 1:23-cv-02536-KMW-EAP |
| *Plaintiffs,* | : | |
| v. | : | |
| CEASERS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CEASERS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC, | : | |
| *Defendants.* | : | |

## REQUEST BY LOCAL COUNSEL FOR
## PRO HAC VICE ATTORNEY
## TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

1.      An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2.      If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

*/s/ Joseph J. DePalma*
Joseph J. DePalma

782895.1

**<u>PRO HAC VICE ATTORNEY INFORMATION</u>**:

Name:        Spencer Cox, Esq.

Address:     Burns Charest LLP
             4725 Wisconsin Avenue, NW, Suite 200
             Washington, DC 20016

Email:       scox@burnscharest.com

782895.1