# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>  Defendant. | C.A. No: 1:23-cv-02536-KMW-EAP<br><br>**APPEARANCE OF COUNSEL** |

  **PLEASE TAKE NOTICE** that Jennifer L. Del Medico, who is admitted to practice in this Court, hereby enters her appearance as counsel for Defendants Hard Rock International (USA) Inc. d/b/a Hard Rock International Inc. and Seminole Hard Rock Support Services, LLC.

Dated: July 28, 2023

Respectfully submitted,

*s/ Jennifer L. Del Medico*
Jennifer L. Del Medico
JONES DAY
250 Vesey Street, 34th Floor
New York, NY 10281
Telephone: 212.326.3658
Facsimile: 212.755.7306
jdelmedico@jonesday.com

*Counsel for Defendants*
*Hard Rock International (USA) Inc. and*
*Seminole Hard Rock Support Services, LLC*

## **CERTIFICATE OF SERVICE**

      I, Jennifer L. Del Medico, certify that on July 28, 2023, I caused the foregoing NOTICE OF APPEARANCE to be filed with the Clerk of the Court and served upon all counsel of record via the Court's CM/ECF system.

Dated: July 28, 2023

                                                    *s/ Jennifer L. Del Medico*
                                                     Jennifer L. Del Medico