UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>      Defendant. | C.A. No: 1:23-cv-02536-KMW-EAP<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***<br><br>Motion Day: August 21, 2023 |

      **PLEASE TAKE NOTICE** that, pursuant to Local Civil Rule 101.1(c) of the Local Civil and Criminal Rules for the United States District Court for the District of New Jersey, the undersigned attorney for Defendants Hard Rock International (USA) Inc. d/b/a Hard Rock International Inc. and Seminole Hard Rock Support Services, LLC ("Defendants") shall move before the United States District Court, District of New Jersey, at the Mitchell H. Cohen U.S.

Courthouse, 4th & Cooper Streets, Camden, New Jersey 08101, for an entry of an Order allowing admission *pro hac vice* of David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira as counsel for Defendants in the above-captioned matter.

Defendants shall rely on the accompanying Certifications of Jennifer L. Del Medico, David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira in support of this motion. A proposed form of Order is attached hereto.

**WHEREFORE**, Defendants respectfully request that the Court grant admission *pro hac vice* of David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira as counsel for Defendants in the above-captioned matter.

| | |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted, |
| | *s/ Jennifer L. Del Medico* |
| | Jennifer L. Del Medico |
| | JONES DAY |
| | 250 Vesey Street, 34th Floor |
| | New York, NY 10281 |
| | Telephone: 212.326.3658 |
| | Facsimile: 212.755.7306 |
| | jdelmedico@jonesday.com |
| | |
| | *Counsel for Defendants* |
| | *Hard Rock International (USA) Inc. and* |
| | *Seminole Hard Rock Support Services, LLC* |