UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>      Defendant. | C.A. No: 1:23-cv-02536-KMW-EAP<br><br>**CERTIFICATION OF JENNIFER DEL MEDICO IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID C. KIERNAN, LAURA W. SAWYER AND MATTHEW J. SILVEIRA** |

      I, JENNIFER L. DEL MEDICO, hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

      1.    I am a member of in good standing of the Bar of this Court and the Bar of the State of New Jersey. I am a partner in the law firm of Jones Day, counsel for Defendants Hard Rock International (USA) Inc. d/b/a Hard Rock International and Seminole Hard Rock Support

Services, LLC ("Defendants") in the above-captioned matter. I have personal knowledge of the matters set forth herein.

2. I make this Certification in support of Defendants' Motion for Admission *Pro Hac Vice* of David C. Kiernan, Laura W. Sawyer and Matthew J. Silveira in the above-captioned matter.

3. I have reviewed the Certifications of David C. Kiernan, Laura W. Sawyer and Matthew J. Silveira in support of the Motion for Admission *Pro Hac Vice*, and believe them to be true and correct. David C. Kiernan, Laura W. Sawyer and Matthew J. Silveira each are fully familiar with the facts of this case.

4. Pursuant to Local Civil Rule 101.1(c)(4), I will review and sign all pleadings filed with the Court.

5. Additionally, I will be responsible for the conduct of Mr. Kiernan, Ms. Sawyer, and Mr. Silveira throughout the course of this matter and will ensure that they are in compliance with Local Civil Rule 101.1(c).

6. Upon the foregoing facts, I respectfully request that this Court grant the Motion for Admission *Pro Hac Vice* of David C. Kiernan, Laura W. Sawyer and Matthew J. Silveira to this Court.

I certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge.

Dated: July 28, 2023

Respectfully submitted,

*s/ Jennifer L. Del Medico*
Jennifer L. Del Medico