UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>　　　　Defendants. | C.A. No: 1:23-cv-02536-KMW-EAP<br><br>**CERTIFICATION OF MATTHEW J. SILVEIRA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

　　I, MATTHEW J. SILVEIRA, hereby certify, pursuant to 28 U.S.C. § 1746, as follows:

　　1.　　I am a member of in good standing of the Bar of the State of California and the Bar of the State of New York. I am a partner in the law firm of Jones Day, counsel for Defendants Hard Rock International (USA) Inc. d/b/a Hard Rock International and Seminole Hard Rock Support Services, LLC ("Defendants") in the above-captioned matter.

1

2. I make this Certification based upon personal knowledge, and in support of Defendants' motion for my admission *pro hac vice* in this matter.

3. I was admitted to practice by the State of New York in the Second Judicial Department on August 12, 2008 and am a member in good standing of the New York Bar, which may be contacted at 45 Monroe Place, Brooklyn, NY 10007.

4. I was admitted to practice by the State of California on August 25, 2009 and am a member in good standing of the California Bar, which may be contacted at 845 S. Figueroa Street, Los Angeles, California 90017.

5. I have also been admitted to practice in the following jurisdictions:

    a. U.S. District Court for the Southern District of New York, admitted 2008

    b. U.S. District Court for the Northern District of California, admitted 2009

    c. U.S. District Court for the Eastern District of California, admitted 2009

    d. U.S. District Court for the Central District of California, admitted 2010

    e. U.S. District Court for the Southern District of California, admitted 2012

    f. U.S. Court of Appeals for the Ninth Circuit, admitted 2009

    g. U.S. Court of Appeals for the Federal Circuit, admitted 2012

    h. Supreme Court of the United States, admitted 2017

6. I am in good standing and eligible to practice in the above jurisdictions. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been previously imposed on me in any jurisdiction. I shall notify the Court immediately of any matter affecting my standing at the Bar of any Court.

7. I have never been denied admission to this Court or the Courts of the State of New Jersey, and I have never been disciplined by these Courts.

8.  Jennifer L. Del Medico, who is a partner at the law firm of Jones Day, shall be New Jersey counsel of record in this matter for Defendants pursuant to Local Civil Rule 101.1(c). All pleadings, briefs and other papers filed with the Court shall continue to be signed by Ms. Del Medico.

9.  Upon admission *pro hac vice*, I agree to pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and Local Civil Rule 101.1(c)(2). I also agree to pay the applicable fee to the Clerk of the United States District Court for the District of New Jersey in accordance with Local Civil Rule 101.1(c)(3).

10. Upon admission *pro hac vice*, I also agree to be subject to the disciplinary jurisdiction of this Court, pursuant to Local Civil Rule 101.1(c)(5), and to fully comply with all provisions of Local Civil Rule 101.1(c) for the duration of this action.

I certify under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge.

Dated: July 25, 2023

Respectfully submitted,

_____
Matthew J. Silveira
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.875.5715
Facsimile: 415.875.5700
msilveira@jonesday.com