## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>　　　　Defendant. | C.A. No: 1:23-cv-02536-KMW-EAP<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*** |

　　This matter having come before the Court on the Motion for *Pro Hac Vice* Admission by Jennifer L. Del Medico, counsel for Defendants Hard Rock International (USA) Inc. d/b/a Hard Rock International Inc. and Seminole Hard Rock Support Services, LLC ("Defendants") of David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira pursuant to Local Civil Rule 101.1, and the Court having considered the Certifications in support such motion, and it appearing that

2

David C. Kiernan is a partner with the law firm of Jones Day in San Francisco and Silicon Valley, Laura W. Sawyer is a partner with the law firm of Jones Day in New York, and Matthew J. Silveira is a partner with the law firm of Jones Day in San Francisco, and there being no opposition to the motion, and for good cause shown:

**IT IS**, on this _____ day of _____, 2023:

**ORDERED**, that David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira are hereby admitted *pro hac vice* for all purposes of representing Defendants;

**FURTHER ORDERED** that, pursuant to Local Civil Rule 101.1(c), David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira shall make a payment to the New Jersey Lawyer's Fund for Client Protection as provided by New Jersey Court Rule 1:28(a) if they have not already made contributions;

**FURTHER ORDERED** that, pursuant to Local Civil Rule 101.1(c)(3), David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira shall make a payment of $150.00, payable to the Clerk, United States District Court for the District of New Jersey;

**FURTHER ORDERED** that David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira shall be bound by the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of Local Civil Rule 103.1, Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1, Discipline of Attorneys; and

**FURTHER ORDERED** that, pursuant to Local Civil Rule 101.1(c), David C. Kiernan, Laura W. Sawyer, and Matthew J. Silveira shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

**SO ORDERED:**

                                      Honorable Elizabeth A. Pascal, U.S.M.J.