# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEATHER ALTMAN and ELIZA WIATROSKI, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>    Defendant. | C.A. No: 1:23-cv-02536-KMW-EAP<br><br>**CERTIFICATE OF SERVICE** |

**I HEREBY CERTIFY** that, on July 28, 2023, I electronically filed the forgoing documents for Defendant Hard Rock International (USA) Inc. d/b/a Hard Rock International and Seminole Hard Rock Support Services, LLC: (1) Notice of Motion for Admission *Pro Hac Vice*, (2) Certification of Jennifer L. Del Medico in Support of Motion for Admission *Pro Hac Vice*; (3) Certification of David C. Kiernan in Support of Motion for Admission *Pro Hac Vice*, (4)

Certification of Laura W. Sawyer in Support of Motion for Admission *Pro Hac Vice*, (5) Certification of Matthew J. Silveira in Support of Motion for Admission *Pro Hac Vice*, and (6) Proposed Order Granting Motion for Admission *Pro Hac Vice*, by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

| | |
|---|---|
| Dated: July 28, 2023 | Respectfully submitted, |
| | *s/ Jennifer L. Del Medico* |
| | Jennifer L. Del Medico |