# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN CORNISH-ADEBIYI and LUIS SANTIAGO, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>   Defendants. | Civil Action No. 1:23-cv-02536 (KMW)(EAP) |
| MONICA BLAIR-SMITH, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  vs.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT | Civil Action No. 1:23-cv-06506 |

| | |
|---|---|
| SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA,TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>                    Defendants. | |
| JACOB FABEL, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, CAESARS ENTERTAINMENT, INC., HARD ROCK INTERNATIONAL INC., HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, MGM RESORTS INTERNATIONAL, SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>                    Defendants. | Civil Action No. 1:23-cv-06576 |

## **[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2023, it is hereby ORDERED that the unopposed Motion to Consolidate (1) *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*, 23-cv-02536 ("*Cornish*"), (2) *Blair-Smith v. Caesars Entertainment, Inc.*, 23-cv-06506 ("*Blair-Smith*"), and (3) *Fabel v. Boardwalk 1000, LLC, et. al*, 23-cv-06576 (*"Fabel"*), into the first-filed action, *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*, 23-cv-02536 is GRANTED. The consolidated matter shall be re-captioned as *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*

It is FURTHER ORDERED that the Stipulation and Order (Dkt. No. 44), setting out the current schedule for Defendants to respond to the *Cornish* complaint, is suspended and the time for Defendants to respond to the *Blair-Smith* and *Fabel* complaints is likewise suspended. The consolidated parties shall confer and promptly propose to the Court a new schedule by when Plaintiffs will file a consolidated amended complaint and Defendants will respond to that complaint.

SO ORDERED this _____ Day of _____, 2023.

_____
HONORABLE KAREN M. WILLIAMS, U.S.D.J.