20230511163232

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** | |
| EFFECTED (1) BY ME: Sandra Quinone | |
| TITLE: **PROCESS SERVER** | DATE: 5/26/2023 2:40:00 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

HARD ROCK INTERNATIONAL INC.

Place where served:

1200 S PINE ISLAND ROAD SUITE 250 PLANTATION FL 33324

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DONNA MOCH

Relationship to defendant **REGISTERED AGENT**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'0"-5'3"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL $ _____   SERVICES $ _____   TOTAL $ _____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 6 / 5 / 2023         Sandra Quinones         L.S.

SIGNATURE OF
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   MINDEE J. REUBEN, ESQ.
PLAINTIFF:   HEATHER ALTMAN, ET AL
DEFENDANT:  CAESARS ENTERTAINMENT INC, ET AL
VENUE:       DISTRICT
DOCKET:      1 23 CV 02536 KMW EAP
COMMENT: