DocuSign Envelope ID: 256CB1C1-20AA-4383-B4B0-469895E25A3C
Case 1:23-cv-02536-KMW-EAP   Document 65   Filed 08/29/23   Page 1 of 1 PageID: 705

20230511163824

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, CIVIL COVER SHEET**
EFFECTED (1) BY ME: **DAVID FILARSKI**
TITLE: **PROCESS SERVER**

DATE: **5/16/2023 11:27:16 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TROPICANA ATLANTIC CITY CORPORATION D/B/A TROPICANA CASINO AND RESORT ATLANTIC CITY

Place where served:

2831 BOARDWALK   ATLANTIC CITY  NJ  08401

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

KIM VIGGIANO

Relationship to defendant   **LEGAL DEPT.**

Description of Person Accepting Service:

SEX: F    AGE: 51-65   HEIGHT: 5'4"-5'8"    WEIGHT: 131-160 LBS.    SKIN: WHITE    HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____         SERVICES $ _____.____         TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
DAVID FILARSKI

DATE: 05/16/2023          277310817D5C478...          L.S.

SIGNATURE OF DAVID FILARSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    MINDEE J. REUBEN, ESQ.
PLAINTIFF:   HEATHER ALTMAN, ET AL
DEFENDANT:   CAESARS ENTERTAINMENT INC, ET AL
VENUE:       DISTRICT
DOCKET:      1 23 CV 02536 KMW EAP
COMMENT: