| | |
|---|---|
| HEATHER ALTMAN, ET AL     Plaintiff<br>vs.<br>CAESARS ENTERTAINMENT INC,     Defendant<br>ET AL | United States District Court<br>_____ Division<br>County<br>Docket Number: 1 23 CV 02536 KMW EAP |

**Person to be served** (Name & Address):
CENDYN GROUP, LLC
980 N. FEDERAL HIGHWAY, 2ND FLOOR
BOCA RATON, FL 33432

**Attorney:**
MINDEE REUBEN

## AFFIDAVIT OF SERVICE

(For Use by Private Service)



GTS0000078806

**Papers Served:** SUMMONS AND COMPLAINT, CIVIL COVER SHEET

### Service Data:

Served Successfully __X__   Not Served _____   Date: 5/16/2023   Time: 11:00 am   Attempts: _____

_____ Delivered a copy to him / her personally

Name of Person Served and relationship / title:

_____ Left a copy with a competent household member over 14 years of age residing therein

STEPHEN FARINA

PROJECT MANAGER

__X__ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

### Description of Person Accepting Service:

Sex: M   Age: 50   Height: 5'9"   Weight: 170   Skin Color: Caucasian   Hair Color: Dark Brown

### Unserved:

( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such street in municipality
( ) No response on: _____ Date _____ Time
                    _____ Date _____ Time
( ) Other: _____

**Comments or Remarks:**

Server Data: Pennie Atwell
CPS #931

Subscribed and Sworn to before me on the 16th day of May, 2023 by the affiant who is personally known to me.

_Heather Daly_
NOTARY PUBLIC
Heather Daly
Comm. #HH087200
Expires: Jan. 31, 2025
Bonded Thru Aaron Notary

I, PENNIE ATWELL, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

Signature of Process Server    5/16/23    Date

GUARANTEED SUBPOENA SERVICE, INC.
2009 Morris Avenue, Suite 101
Union, NJ 07083
Our Job Serial Number: GTS-0000078806
Ref: 20230511163717