
AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** | |
| EFFECTED (1) BY ME: | **DAVID FILARSKI** | |
| TITLE: | **PROCESS SERVER** | DATE: **5/12/2023 4:06:22 PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC D/B/A HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO

Place where served:

777 HARRAH'S BOULEVARD   ATLANTIC CITY  NJ  08401

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

DINA BROWN

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 36-50   HEIGHT: 5'4"-5'8"    WEIGHT: 100-130 LBS.    SKIN: WHITE    HAIR: BROWN   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Docusign Court Approved E-Signature**

DATE:  05/12/2023          *DAVID FILARSKI*          L.S.
                            03FAF926B5B347B...

SIGNATURE OF DAVID FILARSKI
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MINDEE J. REUBEN, ESQ. |
| PLAINTIFF: | HEATHER ALTMAN, ET AL |
| DEFENDANT: | CAESARS ENTERTAINMENT INC, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 1 23 CV 02536 KMW EAP |
| COMMENT: | |