AO 440 (Rev. 06/12) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT, CIVIL COVER SHEET** |
| EFFECTED (1) BY ME: | Ted Tackett |
| TITLE: | **PROCESS SERVER**    DATE: **May 16, 2023, 9:14 am** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant **Kerri Laferriere, Authorized Representative**

CAESARS ENTERTAINMENT, INC

Place where served:

100 WEST LIBERTY STREET, 12TH FLOOR   RENO  NV  89501

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant  **Authorized Representative**

Description of Person Accepting Service:

SEX: **F**   AGE: **50s**   HEIGHT: **5'10"**   WEIGHT: **140**   SKIN: **Caucasian**   HAIR: **Brown**   OTHER: **Eyes: Brown**

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL$ **N/A**            SERVICES $ **N/A**            TOTAL $ **N/A**

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 05 /16 /2023                            _____ L.S.

SIGNATURE OF  **Ted Tackett**
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MINDEE J. REUBEN, ESQ. |
| PLAINTIFF: | HEATHER ALTMAN, ET AL |
| DEFENDANT: | CAESARS ENTERTAINMENT INC, ET AL |
| VENUE: | DISTRICT |
| DOCKET: | 1 23 CV 02536 KMW EAP |
| COMMENT: | |