Mindee J. Reuben
LITE DEPALMA GREENBERG
 & AFANADOR, LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060

*Counsel for Plaintiffs Karen Cornish-Adebiyi and Luis Santiago and the Proposed Class*
(additional counsel on signature page)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KAREN CORNISH-ADEBIYI and LUIS SANTIAGO, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>   Defendants. | Case No. 1:23-cv-02536 (KMW) (EAP) |

963691.1

| | |
|---|---|
| MONICA BLAIR-SMITH, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA,TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>       Defendants. | Case No. 1:23-cv-06506 |
| JACOB FABEL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>   v.<br><br>BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, CAESARS ENTERTAINMENT, INC., HARD ROCK INTERNATIONAL INC., HARRAH'S ATLANTIC CITY OPERATING | Case No. 1:23-cv-06576 |

963691.1

2

| |
|---|
| COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, MGM RESORTS INTERNATIONAL, SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC, <br><br>            Defendants. |

### Notice of Amended Proposed Orders for
### Unopposed Motion to Consolidate

Attached to this Notice are two amended proposed orders for Plaintiffs' pending Unopposed Motion to Consolidate (ECF No. 57), set for consideration on October 2, 2023.

In the Unopposed Motion to Consolidate, Plaintiffs (1) requested consolidation of the three above-captioned actions ("Actions") and (2) notified the Court of a stipulated agreement ("Joint Scheduling Stipulation") among all parties in the Actions that Defendants' time to respond to all three complaints is suspended pending the Motion to Consolidate, including an agreement to suspend the deadlines in the Stipulation and Order at ECF No. 44.

After this Court set the October 2, 2023 date for the Motion to Consolidate, one of Defendants' counsel, David Lesser of King & Spalding LLP, notified Plaintiffs he had spoken by phone with Magistrate Judge Pascal's Chambers regarding whether the Joint Scheduling Stipulation could be so-ordered before October 2, 2023. According to Mr. Lesser, Chambers advised that the parties may file amended proposed orders to replace the current one (ECF No. 57-1), such that one order would address the Joint Scheduling Stipulation and the other the consolidation issue. According to Mr. Lesser, while Judge Pascal may consider the proposed order

on the Joint Scheduling Stipulation before October 2, 2023, this Court will consider the Motion to Consolidate on October 2, 2023, as scheduled.

Mr. Lesser requested that Plaintiffs file amended proposed orders in line with the above guidance from Judge Pascal's Chambers. The parties across the Actions have no objection.

Accordingly, two amended proposed orders are attached:

1. Proposed order on the Joint Scheduling Stipulation; and

2. Amended proposed order on the Unopposed Motion to Consolidate.


Dated:  August 31, 2023         Respectfully submitted,

/s/ Mindee J. Reuben
Mindee J. Reuben
LITE DEPALMA GREENBERG & AFANADOR, LLC
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

/s/ Joseph J. DePalma
Joseph J. DePalma
Catherine B. Derenze
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
jdepalma@litedepalma.com
cderenze@litedepalma.com

Christopher J. Cormier (*pro hac vice*)
Spencer Cox (*pro hac vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com
scox@burnscharest.com

Warren T. Burns (*pro hac vice*)
Daniel H. Charest (*pro hac vice*)
Matthew Tripolitsiotis (*pro hac vice*)
Hannah M. Crowe (*pro hac vice*)
Quinn Burns (*pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
wburns@burnscharest.com
dcharest@burnscharest.com
mtripolitsiotis@burnscharest.com
hcrowe@burnscharest.com
qburns@burnscharest.com

Vineet Bhatia (*pro hac vice*)
Shawn L. Raymond (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
vbhatia@susmangodfrey.com
sraymond@susmangodfrey.com

Stephen E. Morrissey (*pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Tel: (206) 516-3880
smorrissey@susmangodfrey.com

Lisa X. Jing (*pro hac vice* forthcoming)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, Floor 32
New York, NY 10019
Tel: (212) 336-8330
ljing@susmangodfrey.com

*Counsel for Plaintiffs Karen Cornish-Adebiyi and Luis Santiago and the Proposed Class*

963691.1