UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN CORNISH-ADEBIYI and LUIS SANTIAGO, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>   Defendants. | Civil Action No. 1:23-cv-02536 (KMW)(EAP) |
| MONICA BLAIR-SMITH, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT | Civil Action No. 1:23-cv-06506 |

| | |
|---|---|
| SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA,TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>　　　　Defendants. | |
| JACOB FABEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, CAESARS ENTERTAINMENT, INC., HARD ROCK INTERNATIONAL INC., HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, MGM RESORTS INTERNATIONAL, SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>　　　　Defendants. | Civil Action No. 1:23-cv-06576 |

963690.1

## [PROPOSED] ORDER ON JOINT SCHEDULING STIPULATION

Before the Court is Plaintiffs' unopposed Motion to Consolidate (1) *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*, 23-cv-02536 ("*Cornish*"), (2) *Blair-Smith v. Caesars Entertainment, Inc.*, 23-cv-06506 ("*Blair-Smith*"), and (3) *Fabel v. Boardwalk 1000, LLC, et. al*, 23-cv-06576 ("*Fabel*") filed on August 28, 2023 ("Motion," ECF No. 57).

The Motion advises that all parties across the above-referenced actions have reached a stipulated agreement ("Joint Scheduling Stipulation") that, while the Motion is pending (scheduled for October 2, 2023), Defendants' time to respond to the *Cornish*, *Blair-Smith*, and *Fabel* complaints is suspended, including suspension of the schedule in the Stipulation and Order in *Cornish* (ECF No. 44). Accordingly, the Joint Scheduling Stipulation is SO ORDERED.

It is further ORDERED that, by five (5) days after an order on the Motion to Consolidate is entered, the parties in those actions shall confer and promptly propose to the Court a new schedule. If the Motion to Consolidate is granted, the consolidated parties shall propose a schedule by when consolidated Plaintiffs must file a consolidated amended complaint and consolidated Defendants must respond to that complaint.

SO ORDERED this ___ day of _____, 2023.

                                                                                            _____
                                                              HONORABLE ELIZABETH A. PASCAL, U.S.M.J.

963690.1