UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN CORNISH-ADEBIYI and LUIS SANTIAGO, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>   Defendants. | Civil Action No. 1:23-cv-02536 (KMW)(EAP) |
| MONICA BLAIR-SMITH, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT | Civil Action No. 1:23-cv-06506 |

963687.1

| | |
|---|---|
| SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA,TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>    Defendants. | |
| JACOB FABEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, CAESARS ENTERTAINMENT, INC., HARD ROCK INTERNATIONAL INC., HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, MGM RESORTS INTERNATIONAL, SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>    Defendants. | Civil Action No. 1:23-cv-06576 |

963687.1

**[AMENDED PROPOSED] ORDER ON MOTION TO CONSOLIDATE**

AND NOW, this ___ day of _____, 2023, it is hereby ORDERED that the Unopposed Motion to Consolidate (1) *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*, 23-cv-02536 ("*Cornish*"), (2) *Blair-Smith v. Caesars Entertainment, Inc.*, 23-cv-06506 ("*Blair-Smith*"), and (3) *Fabel v. Boardwalk 1000, LLC, et. al*, 23-cv-06576 (*"Fabel"*), into the first-filed action, *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*, 23-cv-02536 is GRANTED. The consolidated matter shall be re-captioned as *Cornish-Adebiyi, et al., v. Caesars Entertainment, Inc., et al.*

In accordance with the so-ordered Joint Scheduling Stipulation, the consolidated parties shall confer and promptly propose to the Court a new schedule by when Plaintiffs will file a consolidated amended complaint and Defendants will respond to that complaint.

SO ORDERED this ___ Day of _____, 2023.

_____
HONORABLE KAREN M. WILLIAMS, U.S.D.J.

963687.1