UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CORNISH-ADEBIYI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CAESARS ENTERTAINMENT, INC., *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 1:23-CV-02536-KMW-EAP <br><br><br> **ORDER** |

**THIS MATTER**[1] having come before the Court by way of Defendants' Motion to Dismiss the Consolidated Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6); the Court having considered Defendants' Motion (ECF No. 89); Plaintiffs' Opposition thereto (ECF No. 92); and Defendants' Reply (ECF No. 101); for the reasons set forth in the accompanying Opinion of even date; and for good cause shown;

**IT IS** this **30th** day of **September 2024** hereby

**ORDERED** as follows:

A) Defendants' Motion to Dismiss (ECF No. 89) is **GRANTED**.

B) The Consolidated Amended Class Action Complaint (ECF No. 80) is **DISMISSED WITH PREJUDICE**.

C) All pending motions are **DENIED AS MOOT**.

---

[1] "Plaintiffs" refers to Karen Cornish-Adebiyi, Luis Santiago, Monica Blair-Smith, and Jacob Fabel. "Defendants" refers to Caesars Entertainment, Inc.; Boardwalk Regency LLC; Harrah's Atlantic City Operating Company, LLC; Tropicana Atlantic City Corporation; MGM Resorts International; Marina District Development Company, LLC; Cendyn Group, LLC; Hard Rock International Inc.; Seminole Hard Rock Support Services, LLC; Boardwalk 1000, LLC.

**D)** The Clerk of Court shall mark this matter as **CLOSED**.

*/s/ Karen M. Williams*
KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE
