**LITE DEPALMA GREENBERG & AFANANDOR, LLC**
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: 973-623-3000
Facsimile: 973-623-0858
jdepalma@litedepalma.com
cderenze@litedepalma.com

*Liaison Attorneys for Plaintiffs and the Proposed Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KAREN CORNISH-ADEBIYI, LUIS SANTIAGO, and MONICA-BLAIR SMITH, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiffs*,<br>v.<br><br>CAESARS ENTERTAINMENT, INC., BOARDWALK REGENCY LLC d/b/a CAESARS ATLANTIC CITY HOTEL & CASINO, HARRAH'S ATLANTIC CITY OPERATING COMPANY, LLC d/b/a HARRAH'S RESORT ATLANTIC CITY HOTEL & CASINO, TROPICANA ATLANTIC CITY CORPORATION d/b/a TROPICANA CASINO AND RESORT ATLANTIC CITY, MGM RESORTS INTERNATIONAL, MARINA DISTRICT DEVELOPMENT COMPANY, LLC d/b/a BORGATA HOTEL CASINO & SPA, HARD ROCK INTERNATIONAL INC., SEMINOLE HARD ROCK SUPPORT SERVICES, LLC, BOARDWALK 1000, LLC d/b/a HARD ROCK HOTEL & CASINO ATLANTIC CITY, and CENDYN GROUP, LLC,<br><br>*Defendants*. | No. 1:23-CV-02536-KMW-EAP<br><br><u>**NOTICE OF APPEAL**</u> |

**NOTICE IS HEREBY GIVEN** that Plaintiffs and prospective class representatives Karen Cornish-Adebiyi, Luis Santiago, and Monica Blair-Smith appeal, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Third Circuit from the Opinion of the United States District Court for the District of New Jersey, entered on September 30, 2024, granting Defendants'

motion to dismiss with prejudice, *see* Dkt. 139, and made final by the Order entered on September 30, 2024, *see* Dkt. 140.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:   October 25, 2024 | **LITE DEPALMA GREENBERG & AFANADOR LLC** |

By:  */s/ Joseph J. DePalma*
Joseph J. DePalma
Catherine B. Derenze
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
jdepalma@litedepalma.com
cderenze@litedepalma.com

Mindee J. Reuben
1515 Market Street, Suite 1200
Philadelphia, PA 19102
Tel: (215) 854-4060
mreuben@litedepalma.com

*Liaison Attorneys for Plaintiffs and the Prospective Class*