UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 24-3006

---

KAREN CORNISH-ADEBIYI; LUIS SANTIAGO; MONICA BLAIR-SMITH, individually and on behalf of all others similarly situated,

Appellants

v.

CAESARS ENTERTAINMENT, INC.; BOARDWALK REGENCY LLC, d/b/a Caesars Atlantic City Hotel & Casino; HARRAHS ATLANTIC CITY OPERATING COMPANY, LLC, d/b/a Harrahs Resort Atlantic City Hotel & Casino; TROPICANA ATLANTIC CITY CORPORATION, d/b/a Tropicana Casino and Resort Atlantic City; MGM RESORTS INTERNATIONAL; MARINA DISTRICT DEVELOPMENT COMPANY, LLC, d/b/a Borgata Hotel Casino & Spa; HARD ROCK INTERNATIONAL INC.; SEMINOLE HARD ROCK SUPPORT SERVICES, LLC; BOARDWALK 1000, LLC, d/b/a Hard Rock Hotel & Casino Atlantic City; CENDYN GROUP, LLC

---

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 1:23-cv-02536)
District Judge: Honorable Karen M. Williams

---

Argued: September 17, 2025

Before: RESTREPO, McKEE, and SMITH, *Circuit Judges.*

---

JUDGMENT

---

This cause came to be heard on the record from the United States District Court for the District of New Jersey and was argued by counsel on September 17, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED that the District Court's Order entered on October 1, 2024, is hereby REVERSED, and the matter is REMANDED to the District Court for further proceedings. All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellees.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 29, 2026